without costs. See, also, 140 N. Y. Supp. 286; 140 N. Y. Supp. 1118.

---

In re ENGEL. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) In the matter of the application to revoke letters testamentary of Gesine Engel, as executrix of Claus Doscher, deceased, etc. No opinion. Motion for reargument (of 140 N. Y. Supp. 286) denied, with $10 costs. See, also, 140 N. Y. Supp. 1118.

---

ERDTMANN, Appellant, v. STACK et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Frederick W. Erdtmann, individually and as trustee, etc., against Thaddeus J. G. Stack and another. No opinion. Judgment affirmed, with costs. See, also, 139 N. Y. Supp. 1122.

---

ERIE CONTRACTING CO., Respondent, v. FILLMORE LAND CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by the Erie Contracting Company against the Fillmore Land Company, impleaded with others. No opinion. Judgment affirmed, with costs.

---

ERIE IRON & STEEL CO., Appellant, v. EMPIRE SMELTING CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by the Erie Iron & Steel Company against the Empire Smelting Company and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

ESTABROOK, Respondent, v. NEWBURGH LIGHT, HEAT & POWER CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by William Estabrook against the Newburgh Light, Heat & Power Company and the Orange County Traction Company. PER CURIAM. Judgment and order affirmed, with costs. See, also, 148 App. Div. 928, 133 N. Y. Supp. 1120. JENKS, P. J., and BURR, J., dissent, on the authority of Estabrook v. Newburgh Light, Heat & Power Co., 141 App. Div. 683, 125 N. Y. Supp. 944.

---

ETRA v. ABLOWITZ et al. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Aaron Etra against Moses Ablowitz and others. No opinion. Application denied, with $10 costs. Order signed.

---

In re EWING et al. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) In the matter of the judicial settlement of the accounts of Caroline Ewing and John A. Covert, as administrators, etc., of Joel Ewing, deceased. No opinion. Decree affirmed, with costs.

---

FAIGLE, Respondent, v. BOCKROTH et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by John Faigle against Henry Bockroth and another. PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide event, on the ground that it was error to charge that the jury could find the defendant liable, even if the ladder was shifted. The weight of evidence is that it was shifted. Motion for reargument denied, 140 N. Y. Supp. 1118. WOODWARD and RICH, JJ., dissent.

---

FAIGLE, Respondent, v. BOCKROTH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by John Faigle against Henry Bockroth and another. No opinion. Motion for reargument (of 140 N. Y. Supp. 1118) denied, with $10 costs.

---

FALES, Appellant, v. GILMORE, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Nettie Fales against Charles Gilmore. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 9084, issued to Joseph C. Rauscher. PER CURIAM. Order reversed, with $10 costs and disbursements, on the ground that petitioner gave evidence tending to show a violation of the law on Sunday, May 26, 1912. Matter remitted to the Special Term for a rehearing.

---

In re FEDERAL UNION SURETY CO. (two cases). (Supreme Court, Appellate Division, First Department. March 14, 1913.) In the matter of the Federal Union Surety Company. No opinion. Motion denied, with $10 costs. Orders filed. See, also, 139 N. Y. Supp. 1122.

---

FELDMAN et al., Respondents, v. DICKSTEIN et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by Annie Feldman, as administratrix, etc., of Charles Feldman, deceased, and another, against Alexander Dickstein and Lazer Selig Forman, also known as Levi S. Forman. No opinion. Order affirmed, with $10 costs and disbursements.